BILLY J. WILLIAMS, OSB #901366
Acting United States Attorney
District of Oregon
KATHERINE C. LORENZ
katie.lorenz@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon   97204-2902
Telephone:   503-727-1000
Facsimile:    503-727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | 3:14-CR-00282-KI-01 |
|---|---|
| v. | NOTICE OF SATISFACTION OF MONEY JUDGMENT |
| TUNG WING HO, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that defendant Tung Wing Ho, has voluntarily paid $50,000 to the United States toward his obligation pursuant to the Preliminary Order of Forfeiture and Final Order of Forfeiture and Money Judgment filed on April 21, 2015 (CR 64). The money judgment in this case as to Defendant Ho, having been paid in full, is now satisfied.

DATED this 7th day of July, 2015.

BILLY J. WILLIAMS
Acting United States Attorney

*s/ Katie Lorenz*
KATHERINE C. LORENZ
Assistant United States Attorney